```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., PATRICIA S., KATHY V., SHARON T., and GREG T., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3189 |
| v. | ) ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, STEPHEN B. CURTISS, and RON ROSS, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon the representations of counsel,

IT IS ORDERED:

A planning conference will be held November 2, 2005 at 9:00 a.m. in the chambers of the undersigned, Room 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge