IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILL M., by and through his father and natural guardian, William M., et al. ) ) ) Plaintiffs, ) ) vs. ) ) NEBRASKA DEPARTMENT OF ) HEALTH AND HUMAN SERVICES ) FINANCE AND SUPPORT; ) NEBRASKA DEPARTMENT OF ) HEALTH AND HUMAN SERVICES; ) STEPHEN B. CURTISS, in his official ) capacity as the Director of Nebraska ) Department of Health & Human ) Services Finance and Support; and ) RON ROSS, in his official capacity as ) the Director of Nebraska Department ) of Health and Human Services, ) ) Defendants. ) | 4:03CV3189 **MEMORANDUM AND ORDER** |

This matter is before the court upon Plaintiffs' unopposed motion for an enlargement of time to object to the report and recommendation denying Plaintiffs' motion for class certification. I find that the motion should be granted.

IT IS ORDERED that the motion in filing 88 is granted and Plaintiffs shall have until August 4, 2005 to object to the report and recommendation regarding class certification (filing 86).

July 1, 2005.                                    BY THE COURT:

                                                             *s/Richard G. Kopf*
                                                             United States District Judge