```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., PATRICIA S., KATHY V., SHARON T., and GREG T., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3189 |
| v. | ) ) ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, STEPHEN B. CURTISS, and RON ROSS, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Although a progression order was previously entered in this case, the deadlines set forth in that order were stayed pending the August 29, 2005 ruling of the United States Court of Appeals for the Eighth Circuit on the defendants' interlocutory appeal.

A new progression order must now be entered.

IT THEREFORE HEREBY IS ORDERED:

1. In accordance with the "Meet and Confer Obligations" set forth the in the initial scheduling packet provided to the parties herein on June 9, 2003, (see filing 9) the parties shall promptly confer regarding the preparation of this case and its progression.

2. On or before October 27, 2005, the parties shall either jointly or, if an agreement on any part of the report cannot be reached, severally file a Rule 26(f) Report of Parties' Planning Conference.

3. If after conferring, the parties, or any one of them, conclude that a conference with the court may assist in

    preparing the Rule 26(f) Report or in reaching an agreement regarding issues to be addressed in the report, the party or parties may request a preliminary conference with the undersigned by contacting my chambers.

DATED this 14th day of October, 2005.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge