```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., PATRICIA S., KATHY V., SHARON T., and GREG T., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3189 |
| v. | ) ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, STEPHEN B. CURTISS, and RON ROSS, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The parties have jointly and orally moved for a sixty-day continuance of the deadline for filing their report of parties' planning conference. The parties have advised the court that they are pursuing settlement at this time, and due to the complexity of the case, a period of sixty days is necessary to fully determine if this case can be resolved at this stage, without further court intervention, by settlement.

Although this case has been pending for some time, I conclude the parties should nonetheless be afforded an opportunity to negotiate a potential settlement before investing further resources in pursuing litigation.

IT THEREFORE HEREBY IS ORDERED:

1. The parties' joint oral motion for a continuance is granted.

2.  The parties are given until December 23, 2005 to either advise the court that this case is settled or file a Rule 26(f) Report of Parties Planning Conference in accordance with my October 14, 2005 order, filing 108.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge