```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., PATRICIA S., KATHY V., SHARON T., and GREG T., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3189 |
| v. | ) ) ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, STEPHEN B. CURTISS, and RON ROSS, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The parties' oral motion for continuance has been granted. Filing 109.

IT THEREFORE HEREBY IS ORDERED,

The preliminary planning conference that was set for November 2, 2005 is cancelled.

DATED this 28th day of October, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge