IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
BILL M., et al.,                      )
                                      )
          Plaintiffs,                 )
                                      )
     v.                               )
                                      )
NEBRASKA DEPARTMENT OF HEALTH         )
AND HUMAN SERVICES FINANCE            )          4:03CV3189
AND SUPPORT, NEBRASKA                 )
DEPARTMENT OF HEALTH & HUMAN          )
SERVICES, STEPHEN B. CURTISS,         )
and RON ROSS,                         )          ORDER
                                      )
          Defendants.                 )
                                      )
```

   IT IS ORDERED:

   The parties' joint motion for continuance, filing 111, is granted and the Rule 26 report deadline is extended to January 23, 2006.

   No further extensions of time will be granted.

   DATED this 23rd day of December, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge