```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

BILL M., et al.,                    )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )
                                    )
NEBRASKA DEPARTMENT OF HEALTH       )
AND HUMAN SERVICES FINANCE          )         4:03CV3189
AND SUPPORT, NEBRASKA               )
DEPARTMENT OF HEALTH & HUMAN        )
SERVICES, STEPHEN B. CURTISS,       )
and RON ROSS,                       )         ORDER
                                    )
          Defendants.               )
                                    )

IT IS ORDERED:

Paragraph 6 of the amended initial progression order, filing 115, is amended as follows:

6. **Adding Parties; Amending Pleadings.** Any motion to amend pleadings and/or add parties shall be filed **not later than April 23, 2006.**

DATED this 1st day of February, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge