```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., PATRICIA S., KATHY V., SHARON T., and GREG T., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3189 |
| v. | ) ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, STEPHEN B. CURTISS, and RON ROSS, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

In light of the recent ruling by the Supreme Court of the United States granting certiorari and remanding the case to the United States Court of Appeals for the Eighth Circuit,

IT IS ORDERED:

The telephone planning conference that was set for May 15, 2006, is continued until further order pending the decision from the Court of Appeals.

DATED this 12th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge