IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., PATRICIA S., KATHY V., SHARON T., and GREG T., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3189 |
| v. | ) ) ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, STEPHEN B. CURTISS, and RON ROSS, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiffs' Motion for Leave to Amend Complaint and Add Parties, filing 117, is granted. Plaintiff is given five days to file the amended complaint.

DATED this 14th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge