```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., KATHY V., SHARON T., GREG T., LESLIE H., CATHERINE M., STEPHANIE B., CONRAD J., CHRISTOPHER H., MICHAEL R., C.W.J., SUE H., and SUSAN R., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3189 |
| v. | ) ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, RICHARD NELSON, and NANCY MONTANEZ, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The "Withdrawal of Counsel" (interpreted by the court to be a motion to withdraw) filed by Douglas D. Dexter, counsel for the Defendants Nebraska Department of Health and Human Services Finance and Support, Nebraska Department of Health & Human Services, Stephen B. Curtiss, Ron Ross, Richard Nelson, and Nancy Montanez, filing 127, is granted.

DATED this 26th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge