```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| BILL M., JOHN DOE, HEATHER V., JANE S., KEVIN V., JENNIFER T., WILLIAM M., JANE DOE, MARCIA V., KATHY V., SHARON T., GREG T., LESLIE H., CATHERINE M., STEPHANIE B., CONRAD J., CHRISTOPHER H., MICHAEL R., C.W.J., SUE H., and SUSAN R., | |
| Plaintiffs, | 4:03CV3189 |
| v. | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, RICHARD NELSON, and NANCY MONTANEZ, | ORDER |
| Defendants. | |

The appeal to the Eighth Circuit Court of Appeals has been dismissed, and the case is ready to proceed in this court.

IT THEREFORE HEREBY IS ORDERED,

A conference with counsel shall be held, by telephone, at 11:00 a.m. on January 29, 2007 for the purpose of scheduling this matter to trial or other disposition, pursuant to Fed. R. Civ. P. 16. **Plaintiffs' counsel shall place the call**. Prior to the conference counsel shall confer with respect to discovery plans, motions, and the like, and shall be prepared to propose a progression schedule to the court, keeping in mind that the case is over three years old, and must be resolved promptly.

DATED January 11, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge