```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| BILL M., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:03CV3189 |
| v. ) | |
| ) | |
| NEBRASKA DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES FINANCE ) | ORDER |
| AND SUPPORT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED,

Defendants' motion for time, filing 141, is granted and the deadline for responding to plaintiffs' motion to certify class is extended to April 16, 2007.

DATED March 16, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge