IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILL M., et al., | ) |
| Plaintiffs, | ) |
| | ) 4:03CV3189 |
| v. | ) |
| | ) |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, et al., | ) ORDER |
| Defendants. | ) |

IT IS ORDERED:

Plaintiffs' unopposed motion for time, filing 146, is granted and plaintiffs are given to May 18, 2007 to file their brief in response to defendants' amended brief in opposition to motion for class certification.

DATED May 2, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge