```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA


BILL M., et al.,              )
                              )
        Plaintiff,            )       4:03CV3189
                              )
    v.                        )
NEBRASKA DEPARTMENT OF        )          ORDER
HEALTH AND HUMAN SERVICES     )
FINANCE AND SUPPORT, et al.,  )
                              )
        Defendants.           )
```

   IT IS ORDERED:

   1.  The parties' joint motion of the deadline for filing their settlement agreement or other dispositive papers, filing 167, is granted.

   2.  The deadline for filing the parties' settlement agreement and other dispositive papers is extended to April 2, 2008.

   DATED this 2nd day of March, 2008.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge