IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILL M., by and through his father and natural guardian, William M., et al. | ) ) ) | 4:03CV3189 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

The parties have been granted an extension of time in which to submit settlement documents (filing 169). Pursuant to that extension, and to the settlement order in filing 166, the parties have until April 2, 2008 to file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to Magistrate Judge Piester and to the undersigned), together with submitting to the undersigned a draft order which will fully dispose of the case.

This case is over three years old. This supplemental order is entered to caution the parties that no further extensions will be granted, and that in the event of noncompliance with the order in filing 166, as amended by the order in filing 169, this action may be dismissed without further notice.

IT IS ORDERED that:

1. No further extensions will be granted, and in the event of noncompliance with the order in filing 166, as amended by the order in filing 169, this action may be dismissed without further notice; and

2.  The Clerk of the court shall provide a copy of this order to Magistrate Judge Piester.

March 3, 2008.                          BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge