IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILL M., by and through his father and natural guardian, William M.; JOHN DOE, by and through his mother and natural guardian, Jane Doe; HEATHER V., by and through her mother and guardian, Marcia V.; JANE S.; KEVIN V., by and through his legal guardian Kathy V.; JENNIFER T., by and through her legal guardians, Sharon and Greg T.; LESLIE H.; CATHERINE M.; STEPHANIE B.; CONRAD J., by and through his legal guardian, C.W. J.; CHRISTOPHER H., by and through his legal guardian, Sue H.; MICHAEL R., by and through his legal guardian, Susan R.; and on behalf of themselves and all other persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES FINANCE AND SUPPORT, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, RICHARD NELSON, in his official capacity as the Director of Nebraska Department of Health & Human Services Finance and Support; and NANCY MONTANEZ, in her official capacity as the Director of Nebraska Department of Health & Human Services,<br><br>　　　　　　Defendants. | Case No. 4:03CV3189<br><br><br><br><br><br><br><br><br><br><br>**MEMORANDUM**<br>**AND ORDER** |

　　　This matter is before the court upon Defendant's motion for leave to file a supplemental brief in opposition to the pending application for attorneys fees. (Filing 186.) I will grant the motion and clarify the time for Plaintiffs to submit a reply brief. Accordingly,

　　　IT IS ORDERED that:

　　　1.　　The motion in filing 186 is granted, and the briefing schedule established in the court's April 21, 2008 order (filing 177) is modified as set forth in this order;

2.	Defendants shall have until June 2, 2008 to submit a supplemental brief; and

3.	Plaintiff shall have until June 11, 2008 to file a reply.

May 28, 2008.                              BY THE COURT:

                                           *s/Richard G. Kopf*
                                           United States District Judge